# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILBORN, | ) | NO. SA CV 15-959-AB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| D.K. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 23, 2016.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE